"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERT DILKS,<br><br>        Petitioner,<br><br>vs.<br><br>DERRAL ADAMS, Warden,<br><br>        Respondent. | Case No. CV 07-3397-JFW (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, including the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation and Supplemental Report and Recommendation have been filed herein. Having made a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation and Supplemental Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 5/20/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE