JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBERT DILKS, | Case No. CV 07-3397-JFW (RNB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| DERRAL ADAMS, Warden, | |
| Respondent. | |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/8/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE